# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KENNETH A. SENOSKI, PRO SE,       :    No. 90 WM 2020

            Petitioner             :

                 v.                  :

SECURITY PROCESSING CENTER,       :
SUPERINTENDENT, JOHN WETZEL,      :

            Respondent          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of December, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.